UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY OWENS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FRESNO COUNTY SUPERIOR COURT,<br><br>　　　　　Respondent. | No. 1:17-cv-01622-AWI-JLT (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

    Petitioner is a pretrial detainee proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 12, 2017, the magistrate judge assigned to the case issued Findings and Recommendation to dismiss the petition as premature. (Doc. No. 4.) This Findings and Recommendation was served upon all parties and contained notice that any objections were to be filed within twenty-one days from the date of service of that order. To date, no party has filed objections. However, on December 20, 2017, petitioner filed a motion to withdraw his petition. (Doc. No. 6.)

    Pursuant to Rule 41, the petitioner may dismiss the action without a court order by filing a notice of dismissal prior to the opposing party's service of an answer; such a notice automatically terminates the case. See Fed. R. Civ. P. 41(a)(1)(A)(i). In this case, respondent has not served a responsive pleading. Accordingly, the Court will construe petitioner's motion as a Rule 41(a)(1)(A)(i) dismissal. With the filing of the Rule 41 notice, this case has automatically terminated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. In light of Petitioner's Rule 41(a)(1)(A)(i) dismissal, the Clerk shall CLOSE this case; and

2. The Court DECLINES to adopt the Findings and Recommendation (Doc. No. 4) as moot.

IT IS SO ORDERED.

Dated: January 12, 2018

_____
SENIOR DISTRICT JUDGE